1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                       UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | CHRISTINA A. DUGGAN,           )   CIVIL NO. 3-07cv-04462 WHA
                                    )
13 |     Plaintiff,                 )   STIPULATION FOR EXTENSION OF TIME
                                    )   TO FILE DEFENDANT'S CROSS-MOTION
14 |     v.                         )   FOR SUMMARY JUDGMENT; PROPOSED
                                    )   ORDER
15 | MICHAEL J. ASTRUE,             )
     Commissioner of                )
16   Social Security,               )
                                    )
17       Defendant.                 )
   _____  )
18

19     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension of time up and through March 23, 2008, in which

21 to e-file his Cross-Motion for Summary Judgment. This extension is requested because counsel for

22 Defendant currently has an extremely heavy caseload and needs additional time to review this case.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

   ///

Dated: February 22, 2008              /s/Ian M. Sammis
                                      *(As authorized via telephone/fax on 3/21/08)*
                                      IAN M. SAMMIS
                                      Attorney for Plaintiff


                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX

Dated: February 22, 2008    By:       */s/ Theophous H. Reagans*
                                      THEOPHOUS H. REAGANS
                                      Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

Dated:  February 22, 2008
                                      WILLIAM H. ALSUP
                                      United States District Judge

2