1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11

12 CHRISTINA A. DUGGAN,            )    CIVIL NO. 3-07cv-04462 WHA
                                   )
13         Plaintiff,              )    STIPULATION FOR EXTENSION OF TIME
                                   )    TO FILE DEFENDANT'S CROSS-MOTION
14         v.                      )    FOR SUMMARY JUDGMENT; PROPOSED
                                   )    ORDER
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17         Defendant.              )
   _____)
18

19         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that Defendant shall have a  30-day extension of time up and through March 23, 2008, in which

21 to e-file his Cross-Motion for Summary Judgment.  This extension is requested because counsel for

22 Defendant currently has an extremely heavy caseload and needs additional time to review this case.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///
   ///

Dated: February 22, 2008        /s/Ian M. Sammis
                                *(As authorized via telephone/fax on 3/21/08)*
                                IAN M. SAMMIS
                                Attorney for Plaintiff

                                JOSEPH P. RUSSONIELLO
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX

Dated: February 22, 2008   By:        /s/ Theophous H. Reagans
                                THEOPHOUS H. REAGANS
                                Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   February 22, 2008        _____
                                WILLIAM H. ALSUP
                                United States District Judge

*(Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup)*

2