1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| CHRISTINE A. DUGGAN, | CIVIL NO. C-07-04462 WHA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF REMAND |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

The purpose of the remand is to reconcile the subsequent allowance of benefits with the Administrative Law Judge's previous denial.  The file pertaining to Plaintiff's subsequent application for benefits will be obtained and all the evidence will be considered in accordance with HALLEX I-5-3-17, § III.B.2.

///

///

///

///

Dated: *April 15, 2008*     /s/ *Ian M. Sammis*
*(As authorized via fax on April 15, 2008)*
IAN M. SAMMIS
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: *April 15, 2008*     By:     /s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: April 21, 2008

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINE A. DUGGAN, | ) | CIVIL NO. C-07-04462 WHA |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] JUDGMENT |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: April 21, 2008

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
United States District Judge