JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8943
   Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE A. DUGGAN, ) <br>              Plaintiff, ) <br>   v. ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br>              Defendant. ) | CIVIL NO. C-07-04462 WHA <br><br> STIPULATION AND ORDER OF REMAND |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

The purpose of the remand is to reconcile the subsequent allowance of benefits with the Administrative Law Judge's previous denial. The file pertaining to Plaintiff's subsequent application for benefits will be obtained and all the evidence will be considered in accordance with HALLEX I-5-3-17, § III.B.2.

///

///

///

///

| | | |
|---|---|---|
| Dated: *April 15, 2008* | | */s/ Ian M. Sammis*<br>*(As authorized via fax on April 15, 2008*)<br>IAN M. SAMMIS<br>Attorney for Plaintiff |
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: *April 15, 2008* | By: | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: April 21, 2008

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINE A. DUGGAN, | ) | CIVIL NO. C-07-04462 WHA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] JUDGMENT |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: April 21, 2008

IT IS SO ORDERED

_____
WILLIAM H. ALSUP
United States District Judge