JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA A. DUGGAN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. C-07-04462 WHA<br><br>STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES (28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($2500.00). This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this

action under EAJA.

    The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                              Respectfully submitted,

Dated: June 23, 2008                 /s/ Ian Sammis
                                   (As authorized via e-mail)
                                   IAN SAMMIS
                                   Attorney for Plaintiff

Dated: June 23, 2008                 JOSEPH P. RUSSONIELLO
                                   United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   /s/ Theophous H. Reagans
                                   THEOPHOUS H. REAGANS
                                   Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: June 24, 2008.                WILLIAM H. ALSUP
                                   THE HONORABLE
                                   United States District Judge